# EXHIBIT B

### Case #2024-10597

|  |  |
|---|---|
| Case Number | 2024-10597 |
| Commencement Date | 3/8/2024 11:09:00 AM |
| Last Filing Date | 4/3/2024 |
| Days Open | 55 |
| Case Type | CONTRACT - EMPLOYMENT DISPUTE: DISCRIMINATION |
| PFA Number |  |
| Caption Plaintiff | COLE, DIANA |
| Caption Defendant | ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL |
| Status | Open |
| Judge | PICCININI MARSHALL J, JUDGE |
| Parcel Number |  |
| Remarks |  |
| Interpreter Needed |  |
| Disposition |  |
| Sealed | No |

### Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| COLE, DIANA | NONE GIVEN , UNITED STATES | US | MCNAIR, TIMOTHY D ESQ | Yes | 1 |  |

### Defendants

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL | 4624 STATE ST ERIE, PA UNITED STATES | US |  | Yes | 1 |  |

### Docket Entries

| Sequence | Filing Date | Docket Type | Docket Text | Sealed |
|---|---|---|---|---|
| 0 | 3/8/2024 12:00:00 AM | CONTRACT - EMPLOYMENT DISPUTE: DISCRIMINATION | CAPTION: DIANA COLE VS. ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL | No |
| 1 | 3/8/2024 12:00:00 AM | CIVIL COVER SHEET FILED. | CIVIL COVER SHEET FILED. | No |
| 2 | 3/8/2024 12:00:00 AM | COMPLAINT | COMPLAINT IN EXCESS OF ARBITRATION, FOR COMPENSATORY DAMAGES, ATTYS FEES, EXPENSES, PUNITIVE DAMAGES W/NOTICE TO PLEAD WITHIN 20 DAYS F/TIMOTHY D. MCNAIR, ESQ W/JURY DEMAND, CERT OF COMPLIANCE, VERIFICATION | No |
| 3 | 3/27/2024 12:00:00 AM | JUDGE ASSIGNED. | JUDGE PICCININI MARSHALL J, JUDGE ASSIGNED TO CASE | No |
| 4 | 4/3/2024 12:00:00 AM | ACCEPTANCE OF SERVICE | ACCEPTANCE OF SERVICE OF THE COMPLAINT ON BEHALF OF DEFT S/ZAINAB KHADIJA SHIELDS, ESQ | No |
| 5 | 4/3/2024 12:00:00 AM | CERTIFICATE OF SERVICE | CERTIFICATE OF SERVICE OF THE ACCEPTANCE OF SERVICE UPON ZAINAB KHADIJA SHIELDS, ESQ BY EMAIL ON 4/3/24 F/TIMOTHY D. MCNAIR, ESQ | No |

### Legacy Transactions

| Date | Receipt Number | Amount |
|---|---|---|
| 3/8/2024 12:00:00 PM | 1459143 | $143.75 |

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

**Erie County**

**For Prothonotary Use Only:**

Docket No: **10597-24**

*COMMON PLEAS COURT, ERIE, PA, 2024 MAR -8 AM 11:09, CLERK OF RECORDS PROTHONOTARY*

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Diana Cole

**Lead Defendant's Name:** Erie Rise Leadership Academy

**Are money damages requested?** [x] Yes [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes [x] No

**Is this an *MDJ Appeal*?** [ ] Yes [x] No

**Name of Plaintiff/Appellant's Attorney:** Timothy D. McNair, Esquire

- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other:

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other:

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional:

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [x] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other:

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other:

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other:

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other:

*Updated 1/1/2011*

# ERIE COUNTY COURT OF COMMON PLEAS
# REQUEST FOR CIVIL JUDGE ASSIGNMENT

**DATE COMPLAINT FILED**

3-8-24

**DOCKET NUMBER**

10597-2024

**PLAINTIFF(S)**

DIANA COLE

**PLAINTIFF'S ATTORNEYS** (Address)

Timothy McNair, Esq

**DEFENDANT(S)**

ERIE RISE LEADERSHIP ACADEMY

**DEFENDANT'S ATTORNEYS** (Address)

HAS THIS CASE RECEIVED ANY PREVIOUS JUDICIAL ATTENTION?

NO_____ YES_____

If yes, name of Judge_____

ARE THERE ANY RELATED CASES ALREADY ASSIGNED TO A JUDGE?

NO_____ YES_____

If yes, name of Judge_____ Docket Number_____

**FOR COURT USE ONLY:**

Judge Piccinini _____ has been assigned to this case. This matter, and all future matters, should be filed directly with the assigned judge per local rules of court.

DATE: 3/27/24    ASSIGNED BY: Carlo Fach

Judge Piccinini

IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA
CIVIL DIVISION - LAW

| | |
|---|---|
| DIANA COLE,<br>Plaintiff<br><br>v.<br><br>ERIE RISE LEADERSHIP ACADEMY<br>CHARTER SCHOOL,<br>Defendant | :<br>:<br>:<br>: No.: 10597 -2024<br>:<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED** |

## ACCEPTANCE OF SERVICE

I, Zainab Khadija Shields, Esquire, hereby accept service of the Complaint on behalf of Erie Rise Leadership Academy, filed in the above matter and certify that I am authorized to do so.

4/2/2024
Date

_____
Zainab Khadija Shields, Esquire

2024 APR -3 PM 3:01
CLERK OF RECORDS
PROTHONOTARY
COMMON PLEAS COURT
ERIE, PA

me 4/4/24

IN THE COURT OF COMMON PLEAS
OF ERIE COUNTY, PENNSYLVANIA
CIVIL DIVISION - LAW

DIANA COLE,
    Plaintiff

v.

No.: 10597-2024

ERIE RISE LEADERSHIP ACADEMY
CHARTER SCHOOL,
    Defendant

**JURY TRIAL DEMANDED**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Acceptance of Service was delivered via email on this 3rd day of April 2024:

Zainab Khadija Shields, Esquire
Mincey Fitzpatrick Ross, LLC
One Liberty Place, Suite 3600
Philadelphia, PA 19103

Respectfully submitted,

MCNAIR LAW OFFICES, PLLC

By: _____
Timothy D. McNair, Esquire
Pa. ID#34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371
tmcnair@mcnairlaw.com