**IN THE COURT OF COMMON PLEAS OF
ERIE COUNTY, PENNSYLVANIA**

| | |
|---|---|
| DIANA COLE, | CIVIL DIVISION |
| Plaintiff, | Case No. 10597-2024 |
| v. | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL, | Filed on behalf of Defendant, Erie Rise Leadership Academy Charter School |
| Defendant. | |

Counsel of Record for this Party:

Marla N. Presley
PA ID No. 91020

Kelly L. Mistick
PA ID No. 315548

Jackson Lewis P.C.
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 338-5147
(412) 232-3441 Facsimile
Marla.Presley@jacksonlewis.com
Kelly.Mistick@jacksonlewis.com

**IN THE COURT OF COMMON PLEAS OF**
**ERIE COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| DIANA COLE, | ) | Case No. 10597-2024 |
| Plaintiff, | ) | |
| v. | ) | |
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Defendants Erie Rise Leadership Academy Charter School, by their undersigned counsel, hereby give notice that they have removed Case No. 10597-2024 to the United States District Court for the Western District of Pennsylvania. A copy of the Notice of Removal is attached as Exhibit 1.

Date: May 2, 2024

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Marla N. Presley*
Marla N. Presley, Esq.
PA ID No. 91020
Marla.Presley@jacksonlewis.com
Kelly L. Mistick, Esq.
PA ID No. 315548
Kelly.Mistick@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 338-5147
(412) 232-3441 Facsimile

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2024, a copy of the foregoing **Notice of Filing of Notice of Removal** was served by electronic mail upon the following:

Timothy D. McNair, Esq.
McNair Law Offices, PLLC
821 State Street
Erie, PA 16501
tmcnair@mcnairlaw.com

*/s/ Marla N. Presley*

Marla N. Presley