IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA COLE, | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00119 |
| v. | ) Honorable Susan Paradise Baxter |
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL, | ) |
| Defendant. | ) |

### STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

In accordance with LCvR 7(E), the parties, by and through their undersigned counsel, hereby stipulate and agree to extend the time within which Defendant Erie Rise Leadership Academy Charter School may respond to Plaintiff's Complaint. Defendant will file their response on or before May 20, 2024. No other deadlines are affected by this Stipulation.

| | |
|---|---|
| Date: May 9, 2024 | Respectfully submitted, |
| MCNAIR LAW OFFICES, PLLC | JACKSON LEWIS P.C. |
| /s/ Timothy D. McNair | /s/ Marla N. Presley |
| Timothy D. McNair, Esq. | Marla N. Presley, Esq. |
| PA ID No. 34304 | PA ID No. 91020 |
| tmcnair@mcnairlaw.com | Marla.Presley@jacksonlewis.com |
| 821 State Street | Kelly L. Mistick |
| Erie, PA 16501 | PA ID No. 315545 |
| (814) 452-0700 | Kelly.Mistick@jacksonlewis.com |
| (814) 454-2371 Facsimile | 1001 Liberty Avenue, Suite 1000 |
| | Pittsburgh, PA 15222 |
| | (412) 338-5148 |
| | (412) 232-3441 Facsimile |
| *Counsel for Plaintiff* | *Counsel for Defendant* |