IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA COLE, | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00119 |
| v. | ) Honorable Susan Paradise Baxter |
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL, | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Erie Rise Leadership Academy Charter School, Defendant in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Date:  May 20, 2024

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Marla N. Presley*
Marla N. Presley
PA ID No. 91020
Marla.Presley@jacksonlewis.com
Kelly L. Mistick
PA ID No. 315545
Kelly.Mistick@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412 338-5148
(412) 232-3441 Facsimile

*Counsel for Defendant*