# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA COLE,<br>     Plaintiff,<br><br>vs.<br><br>ERIE RISE LEADERSHIP ACADEMY<br>CHARTER SCHOOL,<br>     Defendant. | Civil Action No.     1:24-cv-00119-SPB<br><br>District Judge Susan Paradise Baxter |

## ORDER

All counsel of record in this case must read the attached article on mediation prior to the Initial Case Management Conference and share the same with their client(s). The attached article is being disseminated with permission of the author and The Pennsylvania Lawyer.

Dated: May 21, 2024
                                             *s/Susan Paradise Baxter*
                                             Susan Paradise Baxter
                                             United States District Judge

Attachment

cc (via ECF email notification):

All Counsel of Record