**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DIANA COLE, | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00119 |
| v. | ) Honorable Susan Paradise Baxter |
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE KELLY L. MISTICK

Kindly enter the appearance of Kelly L. Mistick of Jackson Lewis P.C. as counsel for Defendant Erie Rise Leadership Academy Charter School in the above-captioned matter.

Date: May 23, 2024

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kelly L. Mistick*
Marla N. Presley
PA ID No. 91020
Marla.Presley@jacksonlewis.com
Kelly L. Mistick
PA ID No. 315545
Kelly.Mistick@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412 338-5148
(412) 232-3441 Facsimile

*Counsel for Defendant*