# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:24-cv-00119-SPB |
| ) | |
| ERIE RISE LEADERSHIP ACADEMY ) | |
| CHARTER SCHOOL, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ADR SESSION

The **Mediation** session is scheduled in the above-captioned matter for **October 23, 2024** at **10:00 a.m.** The session will be held **via Zoom Technology.**

Attendance of the parties and principals will be in accordance with the Court's Alternative Dispute Resolution Policies and Procedures.

Date:  July 28, 2024                              Signature of Neutral:  */s/ Sally G. Cimini*