**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIANA COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:24-cv-00119-SPB |
| | ) | |
| ERIC RISE LEADERSHIP ACADEMY | ) | |
| CHARTER SCHOOL, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF NEUTRAL

A **Mediation** session was scheduled to be held in the above-captioned matter on **October 23, 2024** at **10:00 a.m.**  The case (please check one):

　　**X**　has resolved
　　　　has resolved in part (see below)
　　　has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ___ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain.

_____
_____
_____.


Dated:  11/21/2024_____          Signature of Neutral: _/s/ Sally G. Cimini_____