## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA COLE, | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00119 |
| v. | ) Honorable Susan Paradise Baxter |
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

NOW COME the parties hereto, by counsel, and stipulate to the dismissal of the above action, with prejudice. Each party to bear its own costs.

Date: December 30, 2024                                   Respectfully submitted,

MCNAIR LAW OFFICES, PLLC                                  JACKSON LEWIS P.C.

*/s/Timothy D. McNair*_____               */s/ Marla N. Presley*_____
Timothy D. McNair, Esq.                                   Marla N. Presley, Esq.
PA ID No. 34304                                           PA ID No. 91020
tmcnair@mcnairlaw.com                                     Marla.Presley@jacksonlewis.com
821 State Street                                          1001 Liberty Avenue, Suite 1000
Erie, PA 16501                                            Pittsburgh, PA 15222
(814) 452-0700                                            (412) 232-0404
(814) 454-2371 *facsimile*                                (412) 232-3441 *facsimile*

*Counsel for Plaintiff*                                   *Counsel for Defendant*

**It is SO ORDERED** this _____ day of December,. 2024.

_____
Susan Paradise Baxter, U.S.D.J.

1