IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA COLE, | ) |
| Plaintiff, | ) Civil Action No. 1:24-cv-00119 |
| v. | ) Honorable Susan Paradise Baxter |
| ERIE RISE LEADERSHIP ACADEMY CHARTER SCHOOL, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

NOW COME the parties hereto, by counsel, and stipulate to the dismissal of the above action, with prejudice. Each party to bear its own costs.

Date: December 30, 2024                     Respectfully submitted,

MCNAIR LAW OFFICES, PLLC            JACKSON LEWIS P.C.


*/s/Timothy D. McNair*                            */s/ Marla N. Presley*
Timothy D. McNair, Esq.                         Marla N. Presley, Esq.
PA ID No. 34304                                      PA ID No. 91020
tmcnair@mcnairlaw.com                        Marla.Presley@jacksonlewis.com
821 State Street                                        1001 Liberty Avenue, Suite 1000
Erie, PA 16501                                          Pittsburgh, PA 15222
(814) 452-0700                                         (412) 232-0404
(814) 454-2371 *facsimile*                      (412) 232-3441 *facsimile*

*Counsel for Plaintiff*                              *Counsel for Defendant*

It is SO ORDERED this 3rd day of January, 2025.

_____
Susan Paradise Baxter, U.S.D.J.